UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH MCCAFFREY,                                            08 CV 4602 (LAP)(GWG)

               Plaintiff,

   -against-


THE LONG ISLAND RAILROAD COMPANY,

               Defendant.
------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

1. I am over the age of eighteen and am not a party to this lawsuit.

2. I reside in New York, New York.

3. I make this Affidavit of Service pursuant to the FRCP.

4. On June 5, 2008, I mailed by United States Mail, First Class, Postage Pre-paid, together with two copies of a statement of service by mail and acknowledgment of receipt in the form prescribed by the FRCP together with a return envelope postage pre-paid addressed to the sender a copy of the annexed Summons and Verified Complaint to:

The Long Island Railroad Company
Jamaica Station
Jamaica, New York 11435
Attn:  Legal Department

                                                  Laurie A. Hockman

Sworn to before me this 8th day of June, 2008.


_____
Notary Public

                                           FREDRIC M. GOLD
                                     Notary Public, State of New York
                                        No 02305044894
                                     Qualified in Nassau County
                                 Commission Expires June 5, 2011